**[Docondcl]** [District Order Conditionally Closing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 6:13−bk−07361−KSJ
                                                                                                Chapter 7

Robert T Davies
2940 Wyman Court
Deltona, FL 32738

Barbara J Davies
2940 Wyman Court
Deltona, FL 32738

_____Debtor*_____/

## *ORDER APPROVING ACCOUNT AND*
## *CONDITIONALLY CLOSING ESTATE WITHOUT ENTRY OF DISCHARGE*

   The Court finds that the trustee in the above−captioned case has completed all disbursements, if any, as required, has rendered a full and complete account thereof, and has performed all duties required for the administration of this estate.

   The Debtor has not filed a certificate of completion of an instructional course concerning personal financial management required by 11 U.S.C. § 727(a)(11) and the Debtor is not entitled to receive a discharge. Accordingly, it is

   ***ORDERED:***

   1. This case is administratively closed subject to the Debtor's filing a certificate of completion of an instructional course concerning personal financial management within 30 days of the entry of this order. If the Debtor files a certificate within the 30−day period, the Clerk shall review the case for entry of discharge without the requirement for the Debtor to file a motion to reopen and pay a reopening fee.

   2. If the Debtor does not file a certificate of completion within the 30−day period, the report is approved and the estate is closed without further notice, hearing, or order. The Trustee is discharged from and relieved of the trust, the bond of the Trustee is canceled, and the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

   3. All motions/objections/applications that have not been resolved are denied as moot.

    4. The Clerk shall dispose of any exhibits left unclaimed in any matter or proceeding unless notified by the appropriate party within 30 days.

Dated:  October 16, 2014

_____
Karen S. Jennemann
Chief United States Bankruptcy Judge

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.